STATE OF NEW JERSEY, BY THE COMMISSIONER OF TRANSPORTATION, PLAINTIFF-RESPONDENT, v. CHARLES INVESTMENT CORPORATION, A CORPORATION OF NEW JERSEY, DEFENDANT-APPELLANT, AND SAVE WAY STATIONS, INC., HACKENSACK WATER COMPANY, A CORPORATION OF NEW JERSEY, AND TOWN OF SECAUCUS, A MUNICIPAL CORPORATION OF NEW JERSEY, DEFENDANTS.

Argued April 11, 1978—Decided May 2, 1978.

*Mr. Harold F. Kuskin* argued the cause for appellant (*Messrs. Wilentz, Goldman* and *Spilzer,* attorneys; *Ms. M. Kathleen Duncan,* on the brief).

*Mr. Philip F. Mattia,* Deputy Attorney General, argued the cause for respondent (*Mr. John J. Degnan,* Attorney General of New Jersey, attorney; *Mr. Stephen Skillman,* Assistant Attorney General, of counsel).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinions of the Appellate Division, reported at 151 *N. J. Super.* 14 (1977), and the Law Division, reported at 143 *N. J. Super.* 541 (1976).

*For affirmance*—Chief Justice HUGHES, Justices SULLIVAN, PASHMAN, CLIFFORD, SCHREIBER and HANDLER and Judge CONFORD—7.

*For reversal*—None.